

BARNES
IACCARINO &
SHEPHERD LLP

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

February 21, 2020

VIA ECF
Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020
```

Re: Trustees of the District Council No. 9, et al. v. Speedo Corporation

Case No.: 1:19-cv-11337

Dear Judge Vyskocil,

    This firm represents Petitioners Trustees of the District Council No. 9, et al. (the "Trustees") in the above referenced matter. The Trustees filed a Petition with the Court on December 11, 2019, and Respondent Speedo Corporation was served with the Petition on December 12, 2019. Respondent has not entered an appearance in this matter. An initial pretrial conference has been scheduled for March 31, 2020. I write to respectfully request leave to file a motion for default judgment, and to accordingly adjourn the conference sine dine.

    This constitutes Petitioners' first adjournment request in this matter.

    I appreciate your time and attention to this matter. Thank you.

Respectfully yours,

/s/ Lauren Kugielska
Lauren M. Kugielska

---

**Granted. SO ORDERED.**

Date: 2/24/2020
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge