| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __3/26/2020__ |

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND; TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND; and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES A.F.L.-C.I.O.,

Plaintiffs,

-against-

SPEEDO CORPORATION,

Defendant.

1:19-cv-11337-MKV

ORDER

The Court is in receipt of Plaintiffs' Motion for Entry of Default Judgment (the "Default Judgment Motion") against the Defendant. Plaintiffs are ORDERED to serve defendant with a copy of the Default Judgment Motion and all supporting papers and to file proof of service on ECF no later than April 9, 2020. Defendant will have 14 days from the date of service to file any opposition to Plaintiffs' Default Judgment Motion. If none is filed, the Court will grant Plaintiffs' Motion as unopposed.

**SO ORDERED.**

Date: **March 26, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**