UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND; TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND; and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES A.F.L.-C.I.O.,

                Plaintiffs,

            -against-

SPEEDO CORPORATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/04/2020

1:19-cv-11337-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On August 24, 2020, the Court issued an Order scheduling a Default Judgment Hearing for September 22, 2020, at 1:30PM and directing Plaintiffs to submit an affidavit and documentation in support of all damages claimed on or before September 7, 2020, and serve the Order and additional documents on Defendant on or before September 9, 2020 [ECF No. 23].

The Court has received a letter from Plaintiffs dated September 4, 2020, requesting an extension to file an affidavit and documentation in support of all damages claimed until September 28, 2020 [ECF No. 24].

Accordingly, it is HEREBY ORDERED that the above referenced Default Judgment Hearing is adjourned to **October 27, 2020, at 10:30AM.** The Hearing will be held telephonically. To join the Hearing, dial 888-278-0296 and enter access code 5195844.

It is FURTHER ORDERED that Plaintiffs will submit an affidavit and documentation of all damages claimed in advance of the Default Judgment Hearing on or before **September 28, 2020**.

1

It is FURTHER ORDERED that Plaintiffs will serve this Scheduling Order, the Scheduling Order dated August 24, 2020 [ECF No. 23], and the referenced affidavit and supporting documentation on Defendant on or before **October 2, 2020**.

**SO ORDERED.**

**Dated: September 4, 2020**
**New York, New York**

_____
**Hon. Mary Kay Vyskocil**
**United States District Judge**