USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/07/2020

# BIS | BARNES IACCARINO & SHEPHERD LLP

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

October 2, 2020

VIA ECF
Honorable Mary Kay Vyskocil
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re:    Trustees of the District Council No. 9 Painting Industry Insurance Fund et al. v. Speedo Corporation

Case No.:    1:19-cv-11337 (MKV)

Dear Judge Vyskocil,

This firm represents Petitioners Trustees of the District Council No. 9 Painting Industry Insurance Fund et al. in the above referenced matter. The Court entered an Order dated September 17, 2020 setting forth a briefing schedule, regarding Petitioners' leave to move for summary judgment as follows: motion due on October 19, 2020; opposition due on November 18, 2020 and reply due on December 2, 2020. Respondent Speedo Corporation recently contacted Petitioners and expressed its intention to comply with the arbitration decision that Petitioners are seeking to enforce in this matter. Based on the forgoing, Petitioners write to respectfully request an extension, regarding the submission of its motion, until November 30, 2020.

Petitioners filed one prior extension request in this matter, which the Court granted. Respondent has not entered an appearance in this case.

I appreciate your time and attention to this matter.

Respectfully yours,

/s/ *Lauren M. Kugielska*
Lauren M. Kugielska

---

Petitioner's request to extend the deadline for the submission of its motion for summary judgment is HEREBY GRANTED. The revised briefing schedule is as follows: Motion due on or before November 30, 2020; Opposition due on or before December 31, 2020; Reply due on or before January 15, 2020. Should Respondent comply with the arbitration award such that this action becomes moot, the parties should promptly notify the Court and file a notice of voluntary dismissal. SO ORDERED.

Date: 10/07/2020
New York, New York

Mary Kay Vyskocil
United States District Judge